# **Exhibit 4**

| | |
|---|---|
| **From:** | Gluck, Warren E (NYC - X73396) |
| **Sent:** | Wednesday, February 21, 2018 9:46 AM |
| **To:** | 'Daniel Small' |
| **Cc:** | 'CKennedy@RHSWCaribbean.com'; 'DCollier@rc.com.ky'; 'CAnderson@RHSWCaribbean.com'; 'SAlfaro@rc.com.ky'; 'HGethin@RHSWCaribbean.com'; 'R0790@clients.RHSWCaribbean.com' |
| **Subject:** | RE: DMRJ |

Dear Daniel,

I have reviewed the below email. My overall response is that the tone and content of your statements below are inaccurate. Solely by way of example, I specifically told you that I did not have profit numbers for any particular year in front of me, but that we had performed an initial analysis of your profit interest claim.

We do appreciate that these are difficult circumstances for you. Instead of modifying the entirety of your email, the below points should be your takeaways from our call.

- The JOLs, in their capacity as Managers of DMRJ, will be acting in accordance with Delaware law in respect of reserves on your profit interest claim.

- There is a substantial question as to whether you are a net debtor or net creditor of DMRJ and PPVA. There is an ongoing investigation in respect of claims against you at both the DMRJ and PPVA levels. The JOLs are monitoring the criminal trial carefully.

- The Managers of DMRJ are not prepared to provide you with DMRJ financials at this time.

- Litigation regarding the records is both pre-mature and wasteful at this time.

- We suggest scheduling another call in 6-to-10 months, when there may be greater clarity concerning certain disputed DMRJ-level creditor claims that are unrelated to you, and hence the quantum of DMRJ profits.

- In the interim, please preserve all of your records and emails concerning the DMRJ profit interest, Platinum Management Employment Agreement, PPVA's financial condition and Black Elk. It is likely that we will issue subpoenas to you for documents and deposition testimony within the next 120 days (and we will of course coordinate with you and your schedule).

Sincerely,

**Warren Gluck | Holland & Knight**
Partner
Holland & Knight LLP
31 West 52nd Street | New York, NY 10019
Phone 212.513.3396 | Fax 212.385.9010
warren.gluck@hklaw.com | www.hklaw.com

Add to address book | View professional biography