IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL SMALL,<br><br>         *Plaintiff*,<br><br>-against-<br><br>CHRISTOPHER KENNEDY, in his capacity as the Operating Manager of DMRJ Group LLC, and MARTIN TROTT, in his capacity as the Operating Manager of DMRJ Group LLC,<br><br>         *Defendants*. | 18 Civ. 5000 (PKC/OTW) |

**Supplemental Declaration of Robert Cohen in Further Support of Plaintiff's Motion for a Preliminary Injunction**

ROBERT COHEN, pursuant to 28 U.S.C. § 1746, declares as follows:

  1.  I am a partner at the law firm of Taylor & Cohen LLP, counsel to Plaintiff Daniel Small.

  2.  I submit this Supplemental Declaration in further support of Small's Motion for a Preliminary Injunction.

  3.  **Exhibit M** is a true and correct copy of the November 12, 2017 Decision and Order issued by Justice Elieen Bransten of the New York State Supermen Court in the matter of *Small v. Platinum Management (NY) LLC, et al.*, No. 656047/2016.

  4.  **Exhibit N** is a true and correct copy of a June 25, 2018 letter filed by Defendants in this matter (Dkt. # 25).

  5.  **Exhibit O** is a true and correct copy of an Order Dismissing Adversary Proceeding, issued on October 24, 2016 in the matter of *Matthews v. Platinum Partners Value Arbitrage Fund, L.P., et al.*, Adv. No. 16-03124 (S.D. Tex. Bankr.).

6. **Exhibit P** is a true and correct copy of the First Amended Complaint, filed on June 9, 2017 in New York State Supreme Court in the matter of *Freedom Speciality Insurance Company v. Platinum Management (NY) LCC, et al.*, No. 652505/2017.

7. **Exhibit Q** is a true and correct copy of the Amended and Restated Investment Management Agreement among Mr. Small, Platinum Management (NY) LLC, and Platinum Liquid Opportunity Management (NY) LLC.

8. **Exhibit R** is a true and correct copy of a Memorandum of Law filed on May 30, 2018 by the United States Attorney for the Eastern District of New York in the matter of *U.S. v. Nordlicht, et al.*, No. 16-cr-640.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
July 6, 2018

   /s/ Robert Cohen
Robert Cohen
TAYLOR & COHEN LLP
40 Worth Street, 10th Floor
New York, New York 10013
Tel. (212) 257-1900
rcohen@taylorcohenllp.com

*Attorneys for Plaintiff Daniel Small*