# EXHIBIT M

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

PRESENT: HON. EILEEN BRANSTEN                PART   3
                      Justice

-------------------------------------X
DANIEL SMALL,

                    Petitioners,        INDEX NO.       656047/2016

                                         MOTION DATE    11/01/2017

                                         MOTION SEQ. NO.   002
           - v -

PLATINUM MANAGEMENT (NY) LLC, PLATINUM LIQUID
OPPORTUNITY MANAGEMENT (NY) LLC           DECISION AND ORDER

                    Respondents.
-------------------------------------X

The following e-filed documents, listed by NYSCEF document number 47, 48, 49, 50, 51, 52 were read on this application to/for     Attorney Withdrawal

Upon the foregoing documents, it is

ORDERED Counsel for Respondents' motion to be relieved as counsel is being held in abeyance as stated on the October 13, 2017 record and transcript (Delores Hilliard, OCR) at 4:14-8:15; and it is further

FILED: NEW YORK COUNTY CLERK 11/15/2017 11:08 AM
NYSCEF DOC. NO. 53
Case 1:18-cv-05000-PKC   Document 34-1   Filed 07/06/18   Page 3 of 9
INDEX NO. 656047/2016
RECEIVED NYSCEF: 11/15/2017

Small v. Platinum Management
656047/2016

Page 2 of 2

**ORDERED** this matter is STAYED pursuant to the December 19, 2016 District Court for the Eastern District's Order as stated on the October 13, 2017 record and transcript (Delores Hilliard, OCR) at 4:23-8:12.

11/ 2 /2017
DATE

EILEEN BRANSTEN, J.S.C.

CHECK ONE:
- [ ] CASE DISPOSED
- [x] NON-FINAL DISPOSITION
- [ ] GRANTED  [ ] DENIED  [ ] GRANTED IN PART  [x] OTHER

APPLICATION:
- [ ] SETTLE ORDER
- [ ] SUBMIT ORDER

CHECK IF APPROPRIATE:
- [ ] DO NOT POST
- [ ] FIDUCIARY APPOINTMENT
- [ ] REFERENCE

656047/2016   DANIEL SMALL vs. PLATINUM MANAGEMENT (NY) LLC
Motion No. 002
Page 2 of 2

2 of 8

---

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK:   CIVIL TERM: PART - 3
----------------------------------------X
DANIEL SMALL,
                        Petitioner,
                                INDEX NUMBER:
                                656047/2016
          -against-

PLATINUM MANAGEMENT (NY) LLC and PLATINUM LIQUID OPPORTUNITY
MANAGEMENT (NY), LLC,
                        Respondents
----------------------------------------X
                        60 Centre Street
                        New York, New York 10007
                        October 13, 2017
                        (Phone conference)

BEFORE:
        HONORABLE: Eileen Bransten, JSC

Appearances:

Present via Telephone:

Davis & Gilbert, LLP
Attorneys for Petitioner
1740 Broadway 3rd Floor
New York, New York 10019
By: Jacob Freeman, Esq.

Otterbourg, P.C.
Attorneys for Respondents
230 Park Avenue
New York, New York 10169
By: Adam Silverstein, Esq.

Present in Person:
Ganfer & Shore LLP
Attorneys for Respondents
360 Lexington Avenue
New York, New York 10017
By: Dawn M. Wilson, Esq.

                Delores Hilliard
                Official Court Reporter
                dh

---

**Page 2 — Proceedings**

COURT CLERK: Index Number 656047/2016.

In the matter of D A N I E L  S M A L L versus P L A T I N U M  M A N A G E M E N T (N Y), L L C, et al.

(Telephone Conference)

MR. FREEMAN: Hello. This is Jacob Freeman for Daniel Small.

THE COURT: Yes, sir. And what is your name, sir? Hello. This is Judge Bransten.

MR. SILVERSTEIN: Your Honor, this is Adam Silverstein from Otterbourg.

I apologize for any confusion. We understand that our client, the action as to our client is stayed and that everybody was in agreement as to that. So, we did not realize that there was, that we had any continuing role in the lawsuit at this point.

THE COURT: No. You're one hundred percent right. And in fact, the whole matter is stayed. But, I'm going to get to that in addition to pointing it out to counsel.

But, as to you for the Platinum Liquid Opportunity Management New York, LLC, you're stayed by the District Court of the Eastern District.

And with that I do have Mr. Freeman representing Daniel Small on the telephone. And that is the person that I'm going to be speaking to, because he is still involved

---

**Page 3 — Proceedings**

with the case.

So, what I do is everything is on the record. So, you can get a copy of the minutes of what I'm going to be doing from my official court reporter who is Delores, D-E-L-O-R-E-S, Hilliard, H-I-L-L-I-A-R-D. And her telephone number 646-386-3085.

MR. SILVERSTEIN: That would be fine, your Honor. Again, I apologize. I hadn't realized that there was an obligation on our part.

THE COURT: Actually, I don't think there is. So that you know what is happening you can get a copy of the minutes. Okay?

MR. SILVERSTEIN: All right. Thank you, your Honor. I apologize for any inconvenience.

THE COURT: No, not at all. Thank you. I appreciate it.

Bye, bye.

Okay. So, now I have Mr. Freeman.

MR. FREEMAN: Yes. Jacob Freeman, F-R-E-E-M-A-N of Davis & Gilbert.

THE COURT: What is your address?

MR. FREEMAN: 1740 Broadway, New York, New York, 10019.

THE COURT: And your telephone number?

MR. Freeman: 212-468-4852.

---

**Page 4 — Proceedings**

THE COURT: All right. You can come up and stand in the front.

I have the Platinum Management New York, LLC, the Ganfer & Shore, LLP firm by Dawn Wilson.

You can speak up.

All right. So, I have, as I said, Ms. Wilson.

I have motion sequence number three, which is Ms. Wilson's motion, the motion to withdraw as the attorney of record.

And I am prepared to give a short decision on this, which you will hear what I'm saying. And it's being recorded by my court reporter.

This is a proceeding commenced by Petitioner, Daniel Small, to confirm an arbitration award in the amount of $9.5 million.

On November 17, 2016 Petitioner filed a Petition seeking such confirmation. (NYSCEF 1)

On December 19, 2016, however, the United States District Court for the Eastern District of New York issued an Order appointing a Receiver for one of the defendants, Platinum Liquid Opportunity Management New York, LLC.

Specifically, the order contains a provision staying the Ancillary Proceedings, including " [a]ll civil legal proceedings of any nature" involving any Receivership Property or any of the Receivership Entities.

## Page 5

Proceedings

And I actually have the order here at page 11, Stay of Litigation, paragraph 25 of the order. United States District Court Judge -- What was the name of the Judge?

MS. WILSON: I don't know, your Honor.

THE COURT: K-A-M? Mr. Freeman, what is the name of the Judge?

MR. FREEMAN: I do not know, your Honor.

THE COURT: Just goes by K.A.M., so I have no idea. But, the last name was, starts with an M from my understanding of how they do it. Very well. So, the United States District Court Judge. And at page 11 of that decision, paragraph 25.

As set forth in detail below, the following proceedings, excluding (i) the instant proceeding, (ii) all police or regulatory actions and actions of the Commission related to the above-captioned enforcement action, and for the avoidance of doubt, (iii) Cause Number: FSD, and it has a series of numbers, 118/2016 (NAS) and Cause Number FSD 131 of 2016 (All) Pending before the Grand Court of the Cayman Islands, (iv) the bankruptcy cases In re Platinum Partners Value Arbitrage Fund L.P., 16-12925 (Bankruptcy Southern District of New York) and In re Platinum Partners Value Arbitrage Fund International Ltd., 16-12934 (Bankruptcy Southern District of New York) And (v), all pending -- It ends with which the Receivership are involved are stayed

## Page 6

Proceedings

until further Order of this Court:

All civil legal proceedings of any nature, including but not limited to, bankruptcy proceedings, arbitration proceedings, foreclosure actions, default proceedings, or other actions of any nature involving: (A) the Receiver, in the Receiver's capacity as Receiver; (b) any Receivership Property, wherever located; (c) any of the Receivership Entities; or, (d) any of the Receivership Entities' past or present officers, directors, managers, managing members, agents or general or limited partners sued for, or in connection with, any action taken by them while acting in such capacity of any nature, whether as plaintiff, defendant, third-party plaintiff, third-party defendant or otherwise (such proceedings are hereinafter referred to as "Ancillary Proceedings").

So, that is the order of the Court.

The parties currently disagree as to whether this December 2016 order requires this entire current action to be stayed or whether Petitioner may still seek to confirm the arbitration against the Platinum Management New York, LLC - the party which has not been appointed a Receiver.

This issue not withstanding, counsel for Defendant Platinum Management New York, LLC currently seeks to withdraw as counsel.

Motion Sequence 002: Defense Counsel's Motion to Be Relieved as

## Page 7

Proceedings

Counsel.

Counsel for Defendant Platinum Management New York LLC, otherwise known as Ganford & Shore, LLP, seeks to withdraw as counsel pursuant to CPLR 321(b).

Counsel contends its client no longer wishes counsel to represent it and has so indicated in writing.

E-mail from Platinum Management New York, LLC has been provided in support of counsel's request which states "Do what you have to do but please don't contact me anymore. We are not expecting you to represent PMNY any further." Shore Affirmation "A".

Based upon this breakdown in the relationship, counsel seeks withdrawal.

Petitioner opposes this motion, namely the 30 day stay requested, and requests this Court set a deadline by which Petitioner must retain new counsel and file opposition to Petitioner's Petition to Confirm the Arbitration Award.

This Court will not rule on this motion at this time, however.

A review of the District Court's Order clearly directs this Court to stay all actions "involving any of the Receivership Entities". See, section VII, 25-27.

Further, the Order directs "the parties to any and all ancillary proceedings are enjoined from commencing or continuing any such legal proceedings..." Id,26.

## Page 8

Proceedings

This matter certainly involves one of the Receivership Entities and, therefore, this matter is stayed in accordance with the District Court's Order.

If the parties wish to continue this proceeding against Platinum Management New York, LLC, the non-Receivership Entity, Petitioner must obtain an Order from District Court permitting this Court to continue such proceedings. Until such Order has been received, both motion sequence 001 (to confirm arbitration) and motion sequence 002 (relief of counsel) will be held in abeyance and this matter will be stayed.

That constitutes the decision and order of the Court.

So, you do not get your relief.

MS. WILSON: Thank you, your Honor.

MR. FREEMAN: Jacob Freeman.

May I be heard?

We were not put on notice this was going to be argued today or heard today. We would like to be heard on papers on this decision.

We don't think that the District Court did stay the entire proceedings as to --

THE COURT: Well, you can do whatever you want to do, Mr. Freeman. You can do whatever you want.

But, my view of the order is that I am completely

```
                                      9
                            Proceedings
```

1   
2  stayed. The only thing that you can do to continue this
3  matter, the arbitration matter, is to get an order of the
4  District Court. Get an order from her releasing me,
5  allowing me to go forward. And I will be happy to go
6  forward.
7       But, until that happens, I am not going to consider
8  it. So, I believe I'm stayed. You have to go to the
9  District Court to get me released and allow me to proceed to
10 the arbitration award.
11      You can make as many motions as you want, but until
12 that occurs, nothing is going to happen. Okay.
13      MR. FREEMAN: Okay, your Honor.
14      THE COURT: So, make sure that you get a copy of
15 the minutes. Make sure you distribute it to the other two
16 counsel.
17      MS. WILSON: Yes, your Honor. Do you want that it
18 is e-filed, as well?
19      THE COURT: No. Once you pay for the minutes it
20 will come to me and I will give you an order saying that I'm
21 staying it. Okay?
22      MS. WILSON: Thank you.
23      THE COURT: Mr. Freeman, goodbye.
24      MR. FREEMAN: Bye.
25      Certified to be a true and accurate transcription
   of said stenographic notes.
26
              Official Court Reporter
                        dh

FILED: NEW YORK COUNTY CLERK 11/15/2017 11:08 AM
NYSCEF DOC. NO. 53
Case 1:18-cv-05000-PKC   Document 34-1   Filed 07/06/18   Page 7 of 9
INDEX NO. 656047/2016
RECEIVED NYSCEF: 11/15/2017

1

**0**

001 [1] - 8:10
002 [2] - 6:26, 8:11

**1**

1 [1] - 4:18
10007 [1] - 1:9
10017 [1] - 1:23
10019 [2] - 1:17, 3:24
10169 [1] - 1:20
11 [2] - 5:2, 5:12
118/2016 [1] - 5:19
13 [1] - 1:10
131 [1] - 5:19
16-12925 [1] - 5:22
16-12934 [1] - 5:24
17 [1] - 4:17
1740 [2] - 1:16, 3:23
19 [1] - 4:19

**2**

2016 [4] - 4:17, 4:19, 5:20, 6:19
2017 [1] - 1:10
212-468-4852 [1] - 3:26
230 [1] - 1:19
25 [2] - 5:3, 5:13
25-27 [1] - 7:23

**3**

3 [1] - 1:2
30 [1] - 7:15
321(b) [1] - 7:5
360 [1] - 1:23
3rd [1] - 1:16

**6**

60 [1] - 1:9
646-386-3086 [1] - 3:7
656047/2016 [2] - 1:5, 2:2

**9**

9.5 [1] - 4:16

**A**

A" [1] - 7:12

a]ll [1] - 4:24
abeyance [1] - 8:11
above-captioned [1] - 5:17
accordance [1] - 8:4
accurate [1] - 9:25
acting [1] - 6:13
action [4] - 2:14, 5:17, 6:12, 6:19
actions [5] - 5:16, 6:5, 6:6, 7:22
Adam [2] - 1:20, 2:11
addition [1] - 2:20
address [1] - 3:22
Affirmation [1] - 7:12
agents [1] - 6:11
agreement [1] - 2:15
al [1] - 2:5
allow [1] - 9:9
allowing [1] - 9:5
amount [1] - 4:15
Ancillary [2] - 4:24, 6:16
ancillary [1] - 7:25
apologize [3] - 2:13, 3:9, 3:15
Appearances [1] - 1:13
appointed [1] - 6:22
appointing [1] - 4:21
appreciate [1] - 3:17
Arbitrage [2] - 5:22, 5:24
Arbitration [1] - 7:18
arbitration [5] - 4:15, 6:5, 6:21, 8:10, 9:3, 9:10
argued [1] - 8:20
attorney [1] - 4:9
Attorneys [3] - 1:16, 1:19, 1:22
Avenue [2] - 1:19, 1:23
avoidance [1] - 5:18
Award [1] - 7:18
award [2] - 4:15, 9:10

**B**

Bankruptcy [2] - 5:22, 5:24
bankruptcy [2] - 5:21, 6:4
based [1] - 7:13
BEFORE [1] - 1:11
below [1] - 5:14
Bransten [2] - 1:12, 2:10
breakdown [1] - 7:13

Broadway [2] - 1:16, 3:23
bye [3] - 3:18, 9:24

**C**

capacity [2] - 6:7, 6:13
captioned [1] - 5:17
case [1] - 3:2
cases [1] - 5:21
Cayman [1] - 5:20
Centre [1] - 1:9
certainly [1] - 8:2
Certified [1] - 9:25
civil [2] - 4:24, 6:3
CIVIL [1] - 1:2
clearly [1] - 7:21
CLERK [1] - 2:2
client [3] - 2:14, 7:6
commenced [1] - 4:14
commencing [1] - 7:25
Commission [1] - 5:16
completely [1] - 8:26
conference [1] - 1:10
Conference [1] - 2:6
confirm [3] - 4:15, 6:20, 8:10
Confirm [1] - 7:18
confirmation [1] - 4:18
confusion [1] - 2:13
connection [1] - 6:12
consider [1] - 9:7
constitutes [1] - 8:13
contact [1] - 7:10
contains [1] - 4:23
contends [1] - 7:6
continue [3] - 8:5, 8:8, 9:2
continuing [2] - 2:16, 7:26
copy [3] - 3:4, 3:12, 9:14
Counsel [1] - 7:2
counsel [11] - 2:20, 6:23, 6:25, 7:3, 7:5, 7:6, 7:7, 7:14, 7:17, 8:11, 9:16
counsel's [1] - 7:9
Counsel's [1] - 6:26
COUNTY [1] - 1:2
court [2] - 3:5, 4:13
COURT [15] - 1:2, 2:2, 2:9, 2:18, 3:11, 3:16, 3:22, 3:25, 4:2, 5:6, 5:9, 8:24, 9:14, 9:19, 9:23

Court [18] - 1:26, 2:23, 4:20, 5:4, 5:12, 5:20, 6:2, 6:17, 7:16, 7:19, 7:22, 8:8, 8:14, 8:22, 9:4, 9:9, 9:26
Court's [2] - 7:21, 8:4
CPLR [1] - 7:5
current [1] - 6:19

**D**

Daniel [3] - 2:8, 2:25, 4:15
DANIEL [1] - 1:3
Davis [2] - 1:15, 3:21
Dawn [2] - 1:24, 4:5
deadline [1] - 7:16
December [2] - 4:19, 6:19
decision [4] - 4:11, 5:13, 8:13, 8:21
default [1] - 6:5
defendant [2] - 6:14
Defendant [2] - 6:23, 7:3
defendants [1] - 4:21
Defense [1] - 6:26
Delores [2] - 1:26, 3:5
DELORES [1] - 3:6
detail [1] - 5:14
directors [1] - 6:10
directs [2] - 7:22, 7:24
disagree [1] - 6:18
distribute [1] - 9:15
District [14] - 2:22, 2:23, 4:20, 5:4, 5:12, 5:23, 5:25, 7:21, 8:4, 8:8, 8:22, 9:4, 9:9
doubt [1] - 5:18

**E**

e-filed [1] - 9:16
e-mail [1] - 7:8
Eastern [2] - 2:23, 4:20
Eileen [1] - 1:12
ends [1] - 5:26
enforcement [1] - 5:17
enjoined [1] - 7:25
entire [2] - 6:19, 8:23
Entities [3] - 4:26, 6:9, 8:3
Entities" [1] - 7:23
Entities' [1] - 6:10
Entity [1] - 8:7
Esq [3] - 1:17, 1:20,

1:24
et [1] - 2:5
excluding [1] - 5:15
expecting [1] - 7:11

**F**

fact [1] - 2:19
file [1] - 7:17
filed [2] - 4:17, 9:18
fine [1] - 3:8
firm [1] - 4:5
Floor [1] - 1:16
following [1] - 5:14
foreclosure [1] - 6:5
forth [1] - 5:14
forward [2] - 9:5, 9:6
Freeman [10] - 1:17, 2:7, 2:24, 3:19, 3:20, 3:26, 5:6, 8:17, 8:25, 9:23
FREEMAN [8] - 2:7, 3:20, 3:23, 5:8, 8:17, 9:13, 9:24
front [1] - 4:3
FSD [2] - 5:18, 5:19
Fund [2] - 5:22, 5:24

**G**

Ganfer [2] - 1:22, 4:5
Ganford [1] - 7:4
general [1] - 6:11
Gilbert [2] - 1:15, 3:21
goodbye [1] - 9:23
Grand [1] - 5:20

**H**

H-I-L-L-I-A-R-D [1] - 3:6
happy [1] - 9:5
hear [1] - 4:12
heard [3] - 8:18, 8:20
held [1] - 8:11
hello [2] - 2:7, 2:10
hereinafter [1] - 6:15
Hilliard [2] - 1:26, 3:6
Honor [8] - 2:11, 3:8, 3:15, 5:5, 5:8, 8:16, 9:13, 9:17
HONORABLE [1] - 1:12
hundred [1] - 2:18

FILED: NEW YORK COUNTY CLERK 11/15/2017 11:08 AM
NYSCEF DOC. NO. 53
Case 1:18-cv-05000-PKC   Document 34-1   Filed 07/06/18   Page 8 of 9
INDEX NO. 656047/2016
RECEIVED NYSCEF: 11/15/2017

2

## I

Id,26 [1] - 7:26
idea [1] - 5:9
ii [1] - 5:15
iii [1] - 5:18
including [2] - 4:24, 6:4
inconvenience [1] - 3:15
INDEX [1] - 1:4
Index [1] - 2:2
indicated [1] - 7:7
instant [1] - 5:15
International [1] - 5:24
involved [2] - 2:26, 5:26
involves [1] - 8:2
involving [3] - 4:25, 6:6, 7:22
Islands [1] - 5:21
issue [1] - 6:23
issued [1] - 4:20
iv [1] - 5:21

## J

Jacob [4] - 1:17, 2:7, 3:20, 8:17
JSC [1] - 1:12
Judge [5] - 2:10, 5:4, 5:7, 5:12

## K

K.A.M [1] - 5:9
KAM [1] - 5:6
known [1] - 7:4

## L

L.P [1] - 5:22
last [1] - 6:10
lawsuit [1] - 2:17
legal [3] - 4:25, 6:3, 7:26
Lexington [1] - 1:23
limited [2] - 6:4, 6:11
LIQUID [1] - 1:6
Liquid [2] - 2:21, 4:22
Litigation [1] - 5:3
LLC [10] - 1:6, 1:7, 2:22, 4:4, 4:22, 6:22, 6:24, 7:4, 7:8, 8:6
LLP [4] - 1:15, 1:22, 4:5, 7:4
located [1] - 6:8
Ltd [1] - 5:24

## M

mail [1] - 7:8
MANAGEMENT [2] - 1:6, 1:7
Management [8] - 2:22, 4:4, 4:22, 6:21, 6:24, 7:3, 7:8, 8:6
managers [1] - 6:10
managing [1] - 6:11
matter [7] - 2:3, 2:19, 8:2, 8:3, 8:12, 9:3
members [1] - 6:11
million [1] - 4:16
minutes [4] - 3:4, 3:13, 9:15, 9:19
Motion [1] - 6:26
motion [8] - 4:8, 4:9, 6:26, 7:15, 7:19, 8:10
motions [1] - 9:11
MR [11] - 2:7, 2:11, 3:8, 3:14, 3:20, 3:23, 3:26, 5:8, 8:17, 9:13, 9:24
MS [4] - 5:5, 8:16, 9:17, 9:22
must [2] - 7:17, 8:7

## N

name [4] - 2:9, 5:4, 5:6, 6:10
namely [1] - 7:15
NAS [1] - 5:19
nature [4] - 4:25, 6:3, 6:6, 6:13
new [1] - 7:17
NEW [2] - 1:2, 1:2
New [21] - 1:9, 1:17, 1:20, 1:23, 2:22, 3:23, 4:4, 4:20, 4:22, 5:23, 5:25, 6:21, 6:24, 7:3, 7:8, 8:6
non [1] - 8:7
non-Receivership [1] - 8:7
notes [1] - 9:25
nothing [1] - 9:12
notice [1] - 8:19
November [1] - 4:17
Number [3] - 2:2, 5:18, 5:19
number [3] - 3:7, 3:25, 4:8
NUMBER [1] - 1:4
numbers [1] - 5:19
NY [2] - 1:6, 1:7
NYSCEF [1] - 4:18

## O

obligation [1] - 3:10
obtain [1] - 8:7
occurs [1] - 9:12
October [1] - 1:10
OF [3] - 1:2, 1:2
officers [1] - 6:10
Official [2] - 1:26, 9:26
official [1] - 3:5
once [1] - 9:19
one [3] - 2:18, 4:21, 8:2
OPPORTUNITY [1] - 1:6
Opportunity [2] - 2:21, 4:22
opposes [1] - 7:15
opposition [1] - 7:17
Order [7] - 4:21, 6:2, 7:21, 7:24, 8:4, 8:7, 8:9
order [10] - 4:23, 5:2, 5:3, 6:17, 6:19, 8:13, 8:26, 9:3, 9:4, 9:20
otherwise [2] - 8:15, 7:4
Otterbourg [2] - 1:18, 2:12

## P

P.C [1] - 1:18
page [2] - 5:2, 5:12
papers [1] - 8:21
paragraph [2] - 5:3, 5:13
Park [1] - 1:19
part [1] - 3:10
PART [1] - 1:2
parties [3] - 6:18, 7:24, 8:5
Partners [2] - 5:21, 5:23
partners [1] - 6:11
party [3] - 6:14, 6:22
past [1] - 6:10
pay [1] - 9:19
Pending [1] - 5:20
pending [1] - 5:25
percent [1] - 2:18
permitting [1] - 8:8
Person [1] - 1:21
person [1] - 2:25
Petition [2] - 4:17, 7:18
Petitioner [7] - 1:4, 1:16, 4:14, 4:17, 6:20, 7:17, 8:7
petitioner [1] - 7:15
Petitioner's [1] - 7:18
Phone [1] - 1:10
plaintiff [2] - 6:13, 6:14
Platinum [10] - 2:21, 4:4, 4:22, 5:21, 5:23, 6:21, 6:24, 7:3, 7:8, 8:6
PLATINUM [2] - 1:6
PMNY [1] - 7:11
point [1] - 2:17
pointing [1] - 2:20
police [1] - 5:16
prepared [1] - 4:11
present [1] - 6:10
Present [2] - 1:14, 1:21
proceed [1] - 9:9
proceeding [3] - 4:14, 5:15, 8:5
Proceedings [1] - 4:24
proceedings [10] - 4:25, 5:15, 6:3, 6:4, 6:5, 6:6, 6:15, 7:25, 8:9, 8:23
Proceedings") [1] - 6:16
proceedings.. [1] - 7:26
Property [2] - 4:26, 6:8
provided [1] - 7:9
provision [1] - 4:23
pursuant [1] - 7:5
put [1] - 8:19

## R

re [2] - 5:21, 5:23
realize [1] - 2:16
realized [1] - 3:9
received [1] - 8:9
Receiver [4] - 4:21, 6:7, 6:22
Receiver's [1] - 6:7
Receivership [8] - 4:25, 4:26, 5:26, 6:8, 6:9, 7:23, 8:3, 8:7
record [2] - 3:3, 4:10
recorded [1] - 4:13
referred [1] - 6:15
regulatory [1] - 5:16
related [1] - 5:17
relationship [1] - 7:13
released [1] - 9:9
releasing [1] - 9:4
relief [2] - 8:11, 8:15
Relieved [1] - 6:26
Reporter [2] - 1:26, 9:26
reporter [2] - 3:5, 4:13
represent [2] - 7:7, 7:11
representing [1] - 2:24
request [1] - 7:9
requested [1] - 7:16
requests [1] - 7:16
requires [1] - 6:19
Respondents [3] - 1:8, 1:19, 1:22
retain [1] - 7:17
review [1] - 7:21
role [1] - 2:16
rule [1] - 7:19

## S

section [1] - 7:23
see [1] - 7:23
seek [1] - 6:20
seeking [1] - 4:18
seeks [3] - 6:24, 7:4, 7:14
sequence [3] - 4:8, 8:10, 8:11
Sequence [1] - 6:26
series [1] - 5:19
set [2] - 5:14, 7:16
Shore [3] - 1:22, 4:5, 7:4
shore [1] - 7:12
short [1] - 4:11
Silverstein [2] - 1:20, 2:12
SILVERSTEIN [3] - 2:11, 3:8, 3:14
SMALL [1] - 1:3
Small [3] - 2:8, 2:25, 4:15
Southern [2] - 5:22, 5:25
speaking [1] - 2:26
specifically [1] - 4:23
stand [1] - 4:2
starts [1] - 5:10
STATE [1] - 1:2
states [1] - 7:9
States [3] - 4:19, 5:3, 5:12

FILED: NEW YORK COUNTY CLERK 11/15/2017 11:08 AM
NYSCEF DOC. NO. 53
Case 1:18-cv-05000-PKC   Document 34-1   Filed 07/06/18   Page 9 of 9
INDEX NO. 656047/2016
RECEIVED NYSCEF: 11/15/2017

3

stay [3] - 7:16, 7:22, 8:22
Stay [1] - 5:2
stayed [9] - 2:14, 2:19, 2:22, 5:26, 6:20, 8:3, 8:12, 9:2, 9:8
staying [2] - 4:24, 9:21
stenographic [1] - 9:25
still [2] - 2:26, 6:20
Street [1] - 1:9
sued [1] - 6:11
support [1] - 7:9
SUPREME [1] - 1:2

**T**

telephone [3] - 2:25, 3:6, 3:25
Telephone [2] - 1:14, 2:6
TERM [1] - 1:2
THE [14] - 1:2, 2:9, 2:18, 3:11, 3:16, 3:22, 3:25, 4:2, 5:6, 5:9, 8:24, 9:14, 9:19, 9:23
therefore [1] - 8:3
third [2] - 6:14
third-party [2] - 6:14
three [1] - 4:8
today [2] - 8:20
transcription [1] - 9:25
true [1] - 9:25
two [1] - 9:15

**U**

United [3] - 4:19, 5:3, 5:11
up [2] - 4:2, 4:6

**V**

Value [2] - 5:22, 5:23
versus [1] - 2:4
via [1] - 1:14
view [1] - 8:26
VII [1] - 7:23

**W**

whole [1] - 2:19
WILSON [4] - 5:5, 8:16, 9:17, 9:22

Wilson [3] - 1:24, 4:5, 4:7
Wilson's [1] - 4:9
wish [1] - 8:5
wishes [1] - 7:6
withdraw [3] - 4:9, 6:25, 7:5
withdrawal [1] - 7:14
withstanding [1] - 6:23
writing [1] - 7:7

**Y**

YORK [2] - 1:2, 1:2
York [21] - 1:9, 1:17, 1:20, 1:23, 2:22, 3:23, 4:4, 4:20, 4:22, 5:23, 5:25, 6:21, 6:24, 7:3, 7:8, 8:6