# EXHIBIT O



ENTERED
10/24/2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| BLACK ELK ENERGY OFFSHORE § | CASE NO: 15-34287 | |
| OPERATIONS, LLC § | | |
| Debtor(s) § | | |
| § | CHAPTER 11 | |
| § | | |
| GUY E MATTHEWS, *et al* § | | |
| Plaintiff(s) § | | |
| § | | |
| VS. § | ADVERSARY NO. 16-03124 | |
| § | | |
| PLATINUM PARTNERS VALUE § | | |
| ARBITRAGE FUND, LP, *et al* § | | |
| Defendant(s) § | | |

### ORDER DISMISSING ADVERSARY PROCEEDING

1. For the reasons set forth on the record on this date, the claims in this adversary proceeding against PPVA Black Elk (Equity) LLC; PPVA Black Elk (Investor) LLC; Platinum Partners Value Arbitrage Fund, LP; PPVA Black Elk (US) Corp.; Platinum Partners Black Elk Opportunities Fund LLC; PPBE Holdings LLC; PPBE Management LLC; David Levy; Mark Nordlicht; Gilad Kalter; Naftali Manela; Daniel Small; and Joel Edelstein are dismissed.

2. This adversary proceeding is retained as to all other defendants.

3. The dismissal is with prejudice as to all causes of action arising out of the operative facts set forth in the Amended Complaint filed at ECF No. 39-1.

4. At the hearing, counsel to the Plaintiffs announced that the Plaintiffs had recently received K-1 information returns that caused the Plaintiffs to report phantom income on their tax returns. If a cause of action exists on account of the K-1's, and if the cause of action does not arise out of the same operative facts set forth in the amended complaint filed at ECF 39-1, that cause of action is not determined by this Order and may be asserted without violating this Order.

SIGNED **October 24, 2016.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

1 / 1